IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYDER INTEGRATED LOGISTIC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONNA M. DELL,<br><br>　　　　Defendant.<br>_____/ | No. C 05-02281 WHA<br><br>**ORDER RESCHEDULING HEARINGS AND CASE MANAGEMENT CONFERENCE** |

　　　　As stated on the record, the hearings on the two pending motions, currently scheduled to be heard on October 20, 2005, are continued until **NOVEMBER 17, 2005 AT 8:00 A.M.** The case management conference is likewise continued until the same date.

　　　　**IT IS SO ORDERED.**

Dated: September 15, 2005

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE